THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Stacey Wendell Pringle, Appellant.
 
 
 

Appeal from Sumter County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2007-UP-030
Submitted January 2, 2007  Filed January 17, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Stacey Wendell Pringle appeals his convictions for murder, assault and battery with intent to kill (ABWIK), assault with intent to kill (AWIK), possession of a weapon during the commission of a violent crime, and three counts of kidnapping.  The trial judge sentenced him to life for murder, twenty years consecutive for ABWIK, ten years consecutive for AWIK, five years consecutive for possession of a weapon, and thirty years concurrent for each kidnapping conviction.  Pringle alleges the trial judge erred in denying his mistrial motion after decedents mother was escorted from the courtroom for crying.  Additionally, Pringle filed a pro se brief, contending the trial judge erred in denying his motion for a continuance and preliminarily allowing the State to impeach him with a prior voluntary manslaughter conviction.  After a thorough review of the record, counsels brief, and Pringles pro se brief, pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Pringles appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
GOOLSBY, STILWELL, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.